UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THE UNITED STATES OF AMERICA    :

      v.                              :    MAGISTRATE NO. 98-548-M

DAMIAN FINLEY

O R D E R

AND NOW, this 4th day of August, 2016, upon consideration of the within Motion, it is hereby

ORDERED

that the Complaint and Warrant charging the defendant with a violation of Title 18, United States Code, Section 1073 be and the same is hereby dismissed.

BY THE COURT

_____
UNITED STATES MAGISTRATE JUDGE

8/4/16
2 cc: AUSA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THE UNITED STATES OF AMERICA  :

    v.  :  MAGISTRATE NO. 98-548-M

DAMIAN FINLEY

### MOTION TO DISMISS COMPLAINT AND WARRANT

The United States of America, by its attorneys, Zane David Memeger, United States Attorney for the Eastern District of Pennsylvania, and David Joanson, a Special Assistant United States Attorney for the District, respectfully moves this Court to dismiss the Complaint and Warrant in the above entitled case and in support of this Motion avers:

1. On June 29, 1998, an arrest warrant, charging defendant DAMIAN FINLEY with Unlawful Flight to Avoid Prosecution, in violation of Title 18, United States Code, Section 1073, was issued by the Honorable Jacob P. Hart, United States Magistrate Judge, Eastern District of Pennsylvania.

2. The defendant has fled the United States to Trinidad and Tobago and the Pennsylvania District Attorney's Office will not be seeking extradition and has maintained this position since 2002. The government believes that further prosecution of this case is not warranted.

Respectfully submitted,

ZANE DAVID MEMEGER
United States Attorney


David Joanson
Special Assistant United States Attorney